# Exhibit 1

# United States of America
### United States Patent and Trademark Office

# DURAN DURAN

**Reg. No. 5,568,570**
**Registered Sep. 25, 2018**
**Int. Cl.: 3, 6, 9, 14, 16, 21, 25, 41**
**Service Mark**
**Trademark**
**Principal Register**

Rhodes, Nicholas  (UNITED KINGDOM INDIVIDUAL)
C/o Sheridans, 76 Wardour Street
London, ENGLAND W1F0UR

Le Bon, Simon  (UNITED KINGDOM INDIVIDUAL)
C/o Sheridans, 76 Wardour Street
London, ENGLAND W1F0UR

Taylor, John  (UNITED KINGDOM INDIVIDUAL)
C/o Sheridans, 76 Wardour Street
London, ENGLAND W1F0UR

Taylor, Roger  (UNITED KINGDOM INDIVIDUAL)
C/o Sheridans, 76 Wardour Street
London, ENGLAND

CLASS 3: Perfumes; aftershaves; aftershave lotions; aftershave balms; fragrances; air perfuming oils and preparations, namely, scented oils; cosmetics; essential oils; dentifrices; hair lotions and preparations for care of and styling the hair; toiletries, namely, non-medicated toiletry preparations; shampoos; cosmetic soaps; creams and lotions for the skin; beauty products and preparations, namely, beauty masks; beauty treatments and facial packs, namely, facial beauty masks; sun-tanning preparations; sun care skin preparations, namely, sunscreen creams; sun block preparations; self-tanning preparations; self-tanning preparations, namely, self-tanning creams, lotions, sprays, mists and wipes; pre-moistened cosmetic facial wipes; make-up removal wipes, namely, wipes impregnated with a cleaning preparation; cotton wool for cosmetic use; pre-moistened cosmetic tissues; emery paper; abrasive boards, namely, abrasive strips; hand masks for skin care and nail care preparations; laundry bleaching preparations and other substance for laundry use, namely, laundry detergent

CLASS 6: Metal name badges; metal cotter pins; metal keys for locks, metal key blanks; identification tags of metal; metal locks and holiday ornaments of common metal; trophies of common metal; bronze recognition plaques; monuments, statues and statuettes of common metal; metal boxes; metal tool boxes; all of the above made wholly or principally of metal

CLASS 9: Downloadable musical sound recordings; musical video recordings; prerecorded audio tapes featuring music; prerecorded audio cassettes featuring music; prerecorded compact discs featuring music; prerecorded CDs featuring music; motion picture films about a musical group; blank video cassettes; video recorders; blank CD-ROMs for sound or video recording; video game software; games software adapted for use with television receivers; computer games software; computer game software; video cameras; cameras; photographic and cinematographic apparatus and instruments, namely, digital cameras; apparatus for recording, transmission, reproduction of sound and images; batteries; magnetically encoded gift cards; magnetically encoded identity cards, credit cards, and debit cards; spectacles,



Director of the United States
Patent and Trademark Office

spectacle cases, sunglasses; video game software; mouse pads; computer screen saver software; electronic downloadable publications, typically supplied on-line from databases or from facilities provided on the Internet, namely, magazines in the field of music; DVDs featuring music videos; headphones; stereo headphones; audio speakers; hologram apparatus; magnetically encoded credit cards with holograms; digital downloadable music files from the Internet; digital physical instructional information downloadable from the Internet, namely, video recordings featuring physical fitness routines; electronic downloadable publications, namely, newsletters in the field of music; video game application software; downloadable music sound recordings; downloadable video recordings featuring music instruction; software for processing images, namely, providing emoticons

CLASS 14: Jewellery; precious stones and precious metals; costume jewellery; badges of precious metal; brooches; cufflinks; tie pins; tie clips; earrings; key rings; pendants; horological and chronometric instruments including watches and clocks; decorative key fobs; lapel pins; rings; earrings; cuff links; bracelets; bracelets made of leather; bracelets made of metal; bracelets of precious metal; cuff links made of precious metals with semi-precious stones; bracelets made of precious metals with semi-precious stones; bracelets with semi-precious stones; bracelets with metal; jewellery chains; necklaces; metal key rings, metal key chains, trophies of precious metal, wall plaques made of precious metal; monuments, statues and statuettes of precious metal

CLASS 16: Printed matter, namely, newspapers, periodical publications, magazines, and books in the field of music; photographs, pictures, prints; posters; greeting cards; postcards; notepads; address books; scrapbooks; folders; catalogues in the field of music; printed tickets; calendars; photographs albums; diaries; booklets in the field of music; postage stamps; covers for postage stamps, namely, sleeves for holding and protecting postage stamps; stamp albums; stickers; car stickers; decalcomanias; blank cards; cardboard signboards; stationery, pens, pencils, erasers, pencil sharpeners, pencil cases, drawing rulers, boxes for pens, book markers; drawing materials for blackboards; artists' materials, namely, pens; printed instructional and teaching materials in the field of music; gift bags; carrier bags, namely, merchandise bags; envelopes; blackboards; charts for displaying data about human height; song books; printed sheet music; cheque book holders

CLASS 21: Mugs; aluminium bakeware; Aluminium cookware, namely, pots, pans, roasting pans, frying pans and skillets; Bakeware; Baking dishes; Baking dishes made of earthenware; Baking dishes made of glass; Baking mats; Baking dishes made of porcelain; Baking tins, namely, cake tins, pie tins, muffin tins; Beer jugs; Beer mugs; Beverage glassware; Bowls; Bread boards; Bread boxes; Cake moulds; Cake brushes; Candy boxes; Cheese graters; Chopsticks; sushi rolling mat, bento boxes; Cocktail shakers; Coffee cups; Colanders; hand-operated Coffee grinders; Cookery moulds; Cooking pot sets; Cooking utensils, namely, pot and pan scrapers, rolling pins, spatulas, turners, whisks, graters, tongs and sieves, mixing spoons, slotted spoons, basting spoons; Corkscrews; Cups and mugs; Decanters; Dishware; Earthenware, namely, dishes, drinking cups and saucers, mugs, bowls, serving bowls, sugar bowls, jars for jams and jellies; Egg cups; Egg poachers; Ice cube trays; Jugs; Lunchboxes; Pepper mills, hand-operated; Pepper pots; Salt mills, hand-operated; Salad spinners; Sandwich boxes; Hand-operated sushi rolling equipment, namely, bamboo sushi rolling mat; Tableware, namely, cutlery trays, dinnerware, plates, dishes, bowls, serving bowls, cups and saucers, drinking cups and saucers; cookware, namely, steamers, roasting pans, pots and pans, and cookware for use in microwave ovens; containers for household use; Utensil jars; paper cups; paper plates; woks; Picnic crockery, namely, dishes, mugs, bowls, drinking cups and saucers, serving bowls, sugar bowls; Picnic boxes, namely, picnic baskets sold empty; Fitted picnic baskets; metal money boxes; all for use in promoting and marketing a musical band

CLASS 25: Clothing, namely, t-shirts; footwear and headwear; articles of outer clothing, namely, coats; articles of underclothing, namely, underwear; articles of sports clothing, namely, jerseys; scarves; dressing gowns; boxer shorts; socks; t-shirts, hats and caps being headwear, jackets, pyjamas, slippers; wristbands as clothing, headbands, ties as clothing; articles of clothing, namely, footwear and headwear for babies and toddlers; sporting clothes, namely, athletic uniforms; sweatshirts; hooded sweatshirts; shirts, pullovers, skirts, dresses, trousers, coats, belts, gloves, neckties, swimsuits; athletic shoes; dance shoes; leather shoes; high-heeled shoes; sandals and beach shoes; baseball caps; Masquerade costumes for hire, including fancy dress costumes; waterproof clothing, namely, raincoats; all for use in

promoting and marketing a musical band

CLASS 41: Entertainment services, namely, live performances by a musical band; sound recording and video entertainment services, namely, music video production; presentation of musical performances, namely, concert, musical and video performances; television and radio entertainment services, namely, production of television and radio programs; entertainment services by stage production, namely, cabarets; production of video and sound recordings; presentation of musical performances; theatre production, namely, performance of shows, musical shows, and concerts; production of videos, multimedia videos and radio and television programmes; recording studio services; film, video and television studio services; multimedia production services, namely, audio, film, video and television recording services; publishing of reviews; music publishing services; film distribution services; educational services, namely, arranging and conducting of seminars, conferences and exhibitions in the field of music; publication of books, magazines and musical texts; entertainment services, namely, providing non-downloadable prerecorded digital music via the Internet; entertainment services, namely, providing non-downloadable prerecorded sound recordings in the nature of music via the Internet; entertainment services, namely, providing non-downloadable prerecorded video recordings in the nature of music videos via the Internet; Entertainment services, namely, providing non-downloadable playback of music sound and video recordings via Internet; organizing and presenting displays of entertainment relating to style and fashion, namely, organizing fashion shows for entertainment purposes; organizing and presenting displays of entertainment relating to music, namely, organizing exhibitions of musical entertainment

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF EUROPEAN (EU) OFFICE FOR HARMONIZATION IN THE INTERNAL MARKET (OHIM) , REG. NO. 017178476, DATED 01-18-2018, EXPIRES 09-06-2027

PRIORITY CLAIMED UNDER SEC. 44(D) ON UNITED KINGDOM APPLICATION NO. 3254683, FILED 09-05-2017

SER. NO. 87-598,104, FILED 09-06-2017

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.