UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:22-cv-61279-KMM

ROGER TAYLOR, JOHN TAYLOR,
SIMON LE BON, and NICHOLAS RHODES,

    Plaintiffs,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## **UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

Nicole Fundora, Esq. files this unopposed motion to withdraw as counsel for Plaintiffs, Roger Taylor, John Taylor, Simon Le Bon, and Nicholas Rhodes (collectively "Plaintiffs"), pursuant to Local Rule 11.1(d)(3), and in support states as follows:

1. Attorney Nicole Fundora previously represented Plaintiffs in this matter while associated with the law firm The Brickell IP Group, PLLC.

2. Attorney Nicole Fundora has since left the law firm The Brickell IP Group, PLLC.

3. To date, no Defendants have appeared in this matter. Undersigned has notified counsel for Plaintiffs of her departure and is authorized to represent to this Court that Plaintiffs consent to this withdrawal.

4. Plaintiffs will continue to be represented in this action by its remaining counsel of record.

WHEREFORE, undersigned respectfully requests that this Court enter an order allowing Attorney Nicole Fundora to withdraw as counsel of record in this matter.

| | |
|---|---|
| Date:   February 2, 2023 | Respectfully submitted by, |
| | THOITS LAW<br>1825 NW Corporate Blvd.<br>Suite 110-D90<br>Boca Raton, FL 33431<br>Tel: 786-468-9736 |
| | By:    s/ *Nicole Fundora*<br>         Nicole Fundora<br>         Fla. Bar No. 1010231<br>         Email: nfundora@thoits.com |